# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Black, Paul M. | U.S. Bankruptcy Court, Western District of Virginia | 05/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

210 Church Avenue, S.W., Room 209
Roanoke, VA 24011

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Paul M. | 05/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | W-2, Second Presbyterian Church |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Banknruptcy Institute | March 1 - 3, 2020 | New York, New York | Duberstein Bankruptcy Moot Court Competition | lodging, transportation and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Paul M. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BB&T | A | Interest | J | T | | | | | |
| 2. American Funds Investment Company of America Class A | A | Dividend | K | T | Sold (part) | 01/28/20 | J | A | market |
| 3. | | | | | Sold (part) | 07/29/20 | J | B | market |
| 4. | | | | | Sold (part) | 11/30/20 | J | C | market |
| 5. American Funds Capital World Growth & Income Class A | A | Dividend | K | T | | | | | |
| 6. Growth Fund of America Class A | B | Dividend | K | T | Sold (part) | 01/28/20 | J | A | market |
| 7. | | | | | Sold (part) | 04/29/20 | J | B | market |
| 8. | | | | | Sold (part) | 09/01/20 | J | B | market |
| 9. | | | | | Sold (part) | 10/29/20 | J | C | market |
| 10. American Balanced Class A | B | Dividend | L | T | | | | | |
| 11. Washington Mutual Investors Class A | B | Dividend | K | T | Sold (part) | 01/28/20 | J | A | market |
| 12. | | | | | Sold (part) | 09/30/20 | J | B | market |
| 13. | | | | | Sold (part) | 12/29/20 | J | C | market |
| 14. Income Fund of America Class A | B | Dividend | L | T | Sold (part) | 06/30/20 | J | A | market |
| 15. American Funds Europacific Growth Class A | A | Dividend | J | T | | | | | |
| 16. American Funds Smallcap World Class A | A | Dividend | K | T | | | | | |
| 17. Amcap Class A | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Paul M. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. New York Life Insurance Policy (see note #1) | B | Dividend | K | T | | | | | |
| 19. CEMA LLC (Roanoke, VA) (see note #2) | B | Rent | K | W | | | | | |
| 20. Prime Cash Obligs CII | A | Interest | J | T | | | | | |
| 21. Federated Prime Cash Obl Funds Wealth Class Shares- see note 3 (X) | A | Dividend | | | | | | | |
| 22. IShares ETF | A | Dividend | | | Sold (part) | 03/27/20 | J | | market |
| 23. | | | | | Sold | 12/31/20 | J | | market |
| 24. IShares Core S&P Small Cap | A | Dividend | | | Sold | 03/27/20 | J | | market |
| 25. Cohen & Steers PFD Secs & Income Fund, Class 1 | B | Dividend | K | T | | | | | |
| 26. Columbia VA Int. Munc. Bond Fund Class 1 | B | Dividend | L | T | Sold (part) | 12/31/20 | J | A | market |
| 27. Doubleline FDS Class 1 | A | Dividend | K | T | Sold (part) | 12/31/20 | K | C | market |
| 28. Goldman Sachs Dynamic Munic. Income Fund | A | Dividend | | | Sold | 05/15/20 | L | | market |
| 29. American Funds New World Fund CL F2 | A | Dividend | J | T | Buy (add'l) | 01/31/20 | J | | market |
| 30. | | | | | Sold (part) | 03/27/20 | J | | market |
| 31. Nuveen Municipal Trust Ltd Term Munc Bd Fd Cl 1 | B | Dividend | K | T | Sold (part) | 12/31/20 | K | A | market |
| 32. TCW FDS Inc. Emerging Markets Inc. Fund Cl 1 | A | Dividend | | | Buy (add'l) | 01/02/20 | J | | market |
| 33. | | | | | Sold | 05/15/20 | K | | market |
| 34. Vanguard Funds Dividend Growth Fund Investor Class IV | A | Dividend | | | Buy (add'l) | 01/02/20 | J | | market |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Black, Paul M.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/27/20 | J | | market |
| 36. | | | | | Sold | 12/31/20 | K | C | market |
| 37. Vanguard Growth ETF | A | Dividend | L | T | Buy (add'l) | 01/31/20 | J | | market |
| 38. | | | | | Buy (add'l) | 03/27/20 | J | | market |
| 39. Vanguard Mid-Cap ETF Growth Fund | A | Dividend | K | T | Buy (add'l) | 03/27/20 | J | | market |
| 40. Vanguard Mid-Cap Val ETF Index Fund | A | Dividend | | | Sold | 12/31/20 | K | A | market |
| 41. Mainstay Mackay Convertible Fund Cl 1 | A | Dividend | J | T | | | | | |
| 42. Principal Inv. Fund Real Estate Secs FD | A | Dividend | | | Sold | 12/31/20 | J | | market |
| 43. Fidelity Investments Money Market Fds | A | Dividend | | | Buy | 01/31/20 | J | | market |
| 44. | | | | | Sold | 12/31/20 | J | | market |
| 45. First Eagle Gold Fund | A | Dividend | K | T | Buy | 03/27/20 | J | | market |
| 46. T Rowe Price Diversified Small Cap Growth Fd | A | Dividend | J | T | Buy | 03/27/20 | J | | market |
| 47. | | | | | Sold (part) | 05/15/20 | J | A | market |
| 48. MFS Ser Tr X Emerging Markets Debt Fd Class 1 | A | Dividend | K | T | Buy | 05/15/20 | K | | market |
| 49. Nuveen Mun Trust Inter Duration Mun Bd Fd Class 1 | B | Dividend | L | T | Buy | 05/15/20 | L | | market |
| 50. | | | | | Sold (part) | 12/31/20 | J | A | market |
| 51. Allianz Fds Multi Strt Tr Agic Conv FD Institutional Class | | None | K | T | Buy | 12/31/20 | K | | market |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Black, Paul M.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares Edge MSCI ETF | | None | K | T | Buy | 12/31/20 | K | | market |
| 53. Morgan Stanley Inst. Fd Inc Global Oppty Port Class | | None | J | T | Buy | 12/31/20 | J | | market |
| 54. Artisan Funds Developing World Fund Advisor Class Shares | | None | J | T | Buy | 12/31/20 | J | | market |
| 55. Vanguard High Yield Corporate Fund Admiral Class Shares | | None | K | T | Buy | 12/31/20 | K | | market |
| 56. Wells Fargo Expanded Bank Deposit | A | Interest | J | T | | | | | |
| 57. Wells Fargo cash sweep balance | | None | K | T | | | | | |
| 58. Josiana Hungary Spring, LLC (Richmond, VA) | E | Rent | O | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Black, Paul M.** | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Reporting person is 50% owner of this life insurance policy.  Therefore, 1/2 of the total assets and income is reported.  Part VII, line 18.

2.  Reporting person is 10% owner of LLC.  Therefore, 10% of the total assets and income is reported.  Part VII, line 19.

3. Assets were sold on December 31, 2019, but dividend received in 2020.  Part VII, line 21.

| Name of Person Reporting | Date of Report |
|---|---|
| **Black, Paul M.** | 05/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul M. Black**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544